STUART H. FINKELSTEIN, ESQ.

**FINKELSTEIN LAW GROUP, PLLC**
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 7th, 2019

The Honorable Katharine H. Parker
United States District Court
Southern District of New York - Courtroom 17D
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Burgess vs. Bartocci et al
Case No.: 1:18-cv-04691-PGG

Dear Judge Parker,

I represent Plaintiff and I write in reply to defendants' letter of February 1, 2019 to the Court.

As I have lost touch with my client, I am unable to proceed with the case and would, respectfully, ask that if the Court is inclined to dismiss the matter, that it be without prejudice. As the Court is aware if dismissed with prejudice, it will be considered an adjudication on the merits and thereby preclude future remediation of the property.

I conferred with defense attorney Brian Bendy this morning by telephone and he does not agree to a stipulation to dismiss without prejudice.

Thanking you, I remain,

Very truly yours,
Stuart H. Finkelstein

SHF/tc
To all Counsel of record via ECF